# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Nicholas Spaeth

v.

Georgetown University

**Case No:** 13-7091

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ● Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

Georgetown University

**Names of Parties**                    **Names of Parties**

### Counsel Information

**Lead Counsel:** Christopher T. Handman

Direct Phone: (202) 637-5719  Fax: (202) 637-5910  Email: chris.handman@hoganlovells.com

**2nd Counsel:** Douglas S. Crosno

Direct Phone: (202) 637-6885  Fax: (202) 637-5910  Email: douglas.crosno@hoganlovells.com

**3rd Counsel:**

Direct Phone: (   )    -    Fax: (   )    -    Email:

**Firm Name:** Hogan Lovells US LLP

**Firm Address:** 555 13th Street NW, Washington, DC 20004

**Firm Phone:** (202) 637-5600  Fax: (202) 637-5910  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## **CERTIFICATE OF SERVICE**

I certify that on July 12, the foregoing Entry of Appearance was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

/s/ Douglas S. Crosno
Douglas S. Crosno